FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>GUELLERMO CHAVEZ,<br><br>              Defendant. | NO.: CR 92-00812-WMB<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on his failure to proffer any evidence to meet his burden
2  on this issue.
3  and
4  B.  (X)  The defendant has not met his burden of establishing by
5  clear and convincing evidence that he is not likely to pose a
6  danger to the safety of any other person or the community if
7  released under 18 U.S.C. § 3142(b) or (c). This finding is
8  based on his failure to proffer any evidence to meet his burden
9  on this issue.
10  IT THEREFORE IS ORDERED that the defendant be detained pending
11  the further revocation proceedings.

DATED: September 18, 2008

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                2